Andrea JONES, Plaintiff–Appellant,

v.

DIRECTV, INC., The DirecTV Group, Inc., Defendants–Appellees.

No. 11–10887.

United States Court of Appeals, Eleventh Circuit.

Nov. 22, 2011.

Edward Adam Webb, G. Franklin Lemond, Jr., Webb, Klase & Lemond, LLC,

William Woodhull Stone, Holzer, Holzer & Fistel, LLC, Atlanta, GA, for Plaintiff–Appellant.

Matthew D. Justus, Matthew Dexter Richardson, Alston & Bird, LLP, Atlanta, GA, Andrew E. Paris, Alston & Bird, LLP, Los Angeles, CA, for Defendants–Appellees.

Before DUBINA, Chief Judge, COX, Circuit Judge, and GOLDBERG,\* Judge.

PER CURIAM:

Appellant Andrea Jones appeals from the district court's grant of a motion to compel arbitration pursuant to an arbitration clause in her DirecTV service agreement.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the judgment of the district court based upon *AT & T Mobility v. Concepcion,* —— U.S. ——, 131 S.Ct. 1740, 179 L.Ed.2d 742 (2011), and *Cappuccitti v. DirecTV,* 623 F.3d 1118, 1126 (11th Cir.2010).

**AFFIRMED.**